# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **23–12571 – MCR**   Chapter: **7**

**Stanley Sutton Burns Jr.**
Debtor

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The following pleadings are missing.** |
| CURE: | **All of these pleadings must be filed by the date shown below.** |
| | **Declaration for Schedules due 04/28/2023**<br>**Schedules A/B–J due 04/28/2023**<br>**Stmt. of Fin. Affairs due 04/28/2023**<br>**Matrix Verification due 04/28/2023**<br>**Summary of Assets and Liab. due 04/28/2023**<br>**Ch 7 Income Form 122A–1 due 04/28/2023** |
| CONSEQUENCE: | **If the problem is not cured by the date below, YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.** |
| This notice is issued pursuant to: | **11 U.S.C. § 521**<br>**Federal Rule of Bankruptcy Procedure 1007** |

**All deficiencies must be cured by 4/28/23.**

**Additional information for non–attorney filers is available at
http://www.mdb.uscourts.gov/content/no–attorney**

Dated: 4/14/23

Mark A. Neal, Clerk of Court
by Deputy Clerk, Adrienne Fernandez
410–962–7533

cc:   Debtor
      Attorney for Debtor – Tate Russack

Form ntcddl (03/05)